# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALINAS,<br><br>      Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY JAILHOUSE FACILITY, et al.,<br><br>      Defendants. | 1:15-cv-01593-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Michael Salinas ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on October 19, 2015. (ECF No. 1.) On the same day he also filed a motion seeking leave to proceed in forma pauperis. (ECF No. 2.) However, he only completed about half of the form, and consequently the Court is not able to make a determination on his application. He must submit a completed form if he wishes his application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the

alternative, pay the $400.00 filing fee for this action;

      3.      No extension of time will be granted without a showing of good cause; and

      4.      The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

   Dated:   **October 20, 2015**             /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE