Need to revise entire doc. – waiting on OSC

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SALINAS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY JAILHOUSE FACILITY, FRESNO POLICE DEPARTMENT, FRESNO COUNTY JAIL,<br><br>        Defendant. | 1:15-cv-001593-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE (ECF No. 4)<br><br>**FOURTEEN (14) DAY DEADLINE** |

    Plaintiff Michael Salinas, a prisoner proceeding pro se, filed this civil rights action on October 19, 2015.  On October 21, 2015, the Court issued an order requiring Plaintiff to file a form application to proceed in forma pauperis or pay the filing fee within forty-five days.  More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Plaintiff was warned that dismissal would occur if he failed to obey the order.  A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. § 1914, 1915.  Because Plaintiff has submitted neither in compliance with the Court's order to do so, plaintiff is ordered to show cause why this action should be dismissed for failure to obey a court order.

Accordingly, it is HEREBY ORDERED THAT:

1. Within fourteen (14) days of service of this Order, Plaintiff shall

    a. file an application to proceed in forma pauperis for a non-prisoner, or pay the $400 filing fee in full; and

    b. file a notice of voluntary dismissal; or

    c. show cause as to why this action should not be dismissed without prejudice;

2. **If Plaintiff fails to comply with this order, the undersigned will dismiss the action without prejudice for failure to pay the filing fee or file a completed application to proceed in forma pauperis, failure to obey a court order, and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **October 21, 2016**               /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE